# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 13-00100-CG |
| | ) | |
| MICHAEL A. ELDRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This cause is before the court on the Defendant's Notice of Intent to Plead Guilty (Doc. 44) and the United States' Motion to Dismiss Enhancement (Doc. 45).

Upon due consideration, the motion to dismiss enhancement is **GRANTED,** and the Information to Establish Prior Conviction (Doc. 25) is hereby **DISMISSED**. A guilty plea hearing in this matter is **SCHEDULED** for **Thursday, August 15, 2013 at 1:30 p.m.**, to be held in Courtroom 2B, United States Courthouse, Mobile, Alabama.

The United States Marshal is **ORDERED** to produce the defendant for said hearing.

**DONE and ORDERED** this 14th day of August, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE